UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00825-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) **ORDER** |
| APPROXIMATELY $70,796 IN UNITED STATES CURRENCY SEIZED FROM EVAN ADAMS ON JUNE 12, 2023, AT THE CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT | )<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the court on the Government's Motion for Entry of Default Judgment (Doc. 7). Having considered the Motion and the pleadings, the motion is **GRANTED** and this Court orders as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment of Forfeiture, (Doc. 7), is **GRANTED**, and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities with respect to the following Defendant Property:

Approximately $70,796 in United States Currency seized from Evan Adams on June 12, 2023, at the Charlotte-Douglas International Airport.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any right, title, and interest of all persons to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: March 5, 2024

Frank D. Whitney
United States District Judge